<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7595**

———————

UNITED STATES OF AMERICA,

                            Plaintiff - Appellee,

    versus

STEPHEN JAMES MILLS,

                            Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  David C. Norton, District Judge.
(CR-97-815)

———————

Submitted:  November 8, 2001      Decided:  November 21, 2001

———————

Before WILKINS, MICHAEL, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Stephen James Mills, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Stephen James Mills appeals from the district court's order denying his Rule 60(b)(4) motion.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>United States v. Mills</u>, No. CR-97-815 (D.S.C. filed Aug. 27, 2001; entered Aug. 28, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2